UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 08-469 (KSH)

v. :

MICHAEL KYEREME : **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court on the application of defendant Michael Kyereme (by Mark Rufolo, Esq.), and Christopher J. Christie, United States Attorney for the District of New Jersey (by Deborah J. Gannett, Assistant U.S. Attorney) having no objection, for an order modifying the conditions of release as set forth in this Court's Order Setting Conditions of Release filed on March 16, 2007 [Doc 7], to continue electronic monitoring by Pre Trial Services ("PTS"), and to modify the conditions of such electronic monitoring to permit the defendant to leave his residence at the discretion of PTS to attend to various matters, to include: interviews and related meetings to seek gainful employment; family and child responsibilities related to medical and household needs, school and other activities; meet with attorneys, attend religious services; and other activities as approved by PTS, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that modification of the conditions of release on bail is appropriate to the extent necessary to permit the defendant to conduct

and attend to various matters as approved by, and in the discretion of, PTS.

WHEREFORE, on this ___8___ day of August, 2008,

IT IS ORDERED that:

1. The Order Setting Conditions of Release filed on March 16, 2007, and the conditions set forth therein relating to electronic monitoring by PTS are modified to the extent necessary to permit the defendant to leave his residence at the discretion of PTS to attend to various matters, to include: interviews and related meetings to seek gainful employment; family and child responsibilities related to medical and household needs, school and other activities; meet with attorneys, attend religious services, and other activities as approved by PTS.

2. This Order supersedes the May 24, 2007 Order issued by the Hon. Mark Falk, U.S.M.J.

3. All other conditions ordered on March 16, 2007, are unchanged and remain in full force and effect.

HON. KATHARINE S. HAYDEN
United States District Judge

Consented and Agreed to:

Mark Rufolo, Esq.

Deborah J. Gannett, AUSA