UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katharine S. Hayden, U.S.D.J.<br>Criminal Case No. 08-469 (KSH) |
| Plaintiff, | ORDER ~~GRANTING~~/DENYING<br>CONTINUATION OF<br>BAIL PENDING APPEAL<br>AND STAY OF SENTENCE |
| v. |  |
| MICHAEL KYEREME, |  |
| Defendant. |  |

THIS MATTER having come before the Court by way of motion filed by Jeffrey S. Mandel, Esq., attorney for Defendant Michael Kyereme, for an Order Granting a Continuation of Bail Pending Appeal and Stay of Sentence; and the Court having considered the moving papers and papers submitted in opposition thereto by the United States Attorney's Office on behalf of the United States of America, if any; and the Court having heard oral argument, if any; and for good cause shown:

IT IS on this 10th day of March, 2009:

ORDERED that the motion of Defendant Michael Kyereme for continuation of bail pending appeal and for a stay of sentence is hereby ~~granted~~/denied.

_____
Hon. Katharine S. Hayden, U.S.D.J.