RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 297-2011
LAB0321

September 9, 2009

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. KATHARINE S. HAYDEN |
| PLAINTIFF, | : | CRIMINAL NO. 08-469-01 |
| v. | : | |
| MICHAEL KYEREME, | | |
| DEFENDANT. | : | ORDER |
| and | : | |
| BANK OF AMERICA, and its successors or assigns, | | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 19th day of October, 2009

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE KATHARINE S. HAYDEN
JUDGE, U.S. DISTRICT COURT