PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:GS)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        *Plaintiff,*<br>v.<br><br>MICHAEL KYEREME,<br><br>                                        *Defendant,*<br>and<br><br>**AMRITANSHU SARAF**<br>**and its successors or assigns,**<br>                                        *Garnishee.* | HON. KATHARINE S. HAYDEN<br><br>CR NO. 08-469-01<br><br>**AMENDED APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Michael Kyereme, social security number *******5341, whose last known address is: Philipsburg, PA 16866 in the above cited action in the amount of $3,689,280.70, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of October 16, 2009 is $ 3,689,280.70.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from October 16, 2009, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or rent to the judgment debtor. More specifically, the Garnishee is the tenant (occupying 408 Woodbridge Commons Way, Iselin, NJ 08830) of the defendant, Michael Kyereme, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States all rental payments and/or fees that are normally given to defendant, Michael Kyereme, through Alice Danso, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

> Amritanshu Saraf
> 408 Woodbridge Commons Way
> Iselin, NJ 08830

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

> PAUL J. FISHMAN
> UNITED STATES ATTORNEY
>
> By:   LEAH A. BYNON
>       ASSISTANT U.S. ATTORNEY

**IT IS**, on this _____ day of _Nov_, 2009,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

> HON. KATHARINE S. HAYDEN
> UNITED STATES DISTRICT COURT