PAUL J. FISHMAN
UNITED STATES ATTORNEY
LEAH A. BYNON
Assistant United States Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 297-2011
LAB0321

December 3, 2009

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. KATHARINE S. HAYDEN |
| PLAINTIFF, | : | CRIMINAL NO. 08-469-01 |
| v. | : | |
| MICHAEL KYEREME, | : | ORDER |
| DEFENDANT. | | |
| and | | |
| AMRITANSHU SARAF | : | |
| and its successors or assigns, | | |
| GARNISHEE | | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 7th day of Dec, 200

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE KATHARINE S. HAYDEN
JUDGE, U.S. DISTRICT COURT